UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN LAVAL SMITH,
Plaintiff,

v.

T. TRENDA,
Defendant.

Case No. 26-cv-13255-RMI

**ORDER OF TRANSFER**

Re: Dkt. No. 2

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at Lancaster State Prison. That facility is located in the Central District of California. The acts underlying this civil rights complaint occurred in the Central District and the named Defendant is located in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).[1] The pending motion (dkt. 2) is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 13, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

[1] Plaintiff also submitted a letter indicating that he filed the case in the wrong court. dkt. 5. Plaintiff states the case should be transferred to the Eastern District, but the complaint clearly states the events occurred at Lancaster State Prison, which is the Central District.

United States District Court
Northern District of California